82,898-01

Abel Acosta Clerk

Texas Court of Criminal Appeals

P.O Box 12308 Captial Station

Austin Texas, 78711

MOTION DISMISSED
DATE: 3·24·15
BY: P.C.

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 20 2015
Abel Acosta, Clerk

3-17-15

Cover letter

Dear madam of the court,

Please fined in close 1 motion for pedition of redress of Grievence, pertaining to to cause under 08F0535 202A WR-82,898-01 seeking relief. I ask that a copy be fowarded back to me for personal filing. And the decision of the court be delivered, and that your office provides me with the status of my appeal. I appreciate you for your time on this matter.

Sincerly

Quincy Nelson

| | |
|---|---|
| Sui juris - Sovereign. | State of Texas. |
| | Court of Criminal Appeals |
| Quincy Lajames Nelson | Abel Acosta clerk |
| | |
| | RE: Redress of Grievance |
| Dear MS. Acosta, | 1st Admendment / Bill of Right sect 27. |

The undersigned petitioner recieved notice from your office dated Feburary 25, 2015, that was recieved by the petitioner March 3rd, 2015 at 1:46pm, that is in refrence to the above caption and cause.

Petitione was convicted by a jury of Aggravated Robbery with a deadly weapon, on october 1st, 2008, and Sentence to a term of forty years in the Texas Department of criminal Justice institutional Division. Petitioner was appealed in the Sixth district Court of Appeals in cause number 06-08-00222, on the 10th day of November, 2009, the appellate courts issued it opinion affirming the judgment against Applicant.

On January 6, 2015, petitioner filed writ of Habeas Corpus, in the convicting court, in Bowie county Texas, in the 202nd District Court, on Febuary 25th, 2015 notice was deined to petitioner Stating that petitioner writ of Habeas Corpus was denied, on which was recieved by mailed from the Texas Department of criminal Justice, mail room dated March 5th 2015.

under the convicting court finding of fact it was noted that Applicate's contentions are extremely broad-based and practically indeciph-erable. Based on the arguments in the petitioner writ, the court is unable to address any specific issues or make any finding of facts as they maght relate to the arguments in the petitioner petition.

A conclusion of law was made on the state part stating matter that does not concern petitioners writ, that is merly prejudice, and based on anything accept the matters/issues presented. To succeed via a habear writ, a petitioner must at least allege the detailed facts which gives rise to, and compel each legal conclusion that intitle him to reldefe. Ex parte Hogan 556 S.W. 2d 352 (TX Crim. App. 1977) Petitione addressed to the court constitutional claim that wauld show clearly every ground that he was seeking relief from under a fourth Amendment claim, for the unlawful taking of his personal property to use in a public seting, by unlawful Sizurer, Kidnaping/removal from one place to another by force or illegal taking. State v. Barbour 278 N.C 449, 180 S.E. 2d 115. 118. under the fourth Amendment it clerly establish that the rights of the people to be secure in their persons, houses, papers, and effects, against unreasonable search and Seizures, shall not be violated. It is well settle that the Texas courts have confined the scope of post-conviction based constitutional claims, jurisdiction defects, and fundamental defect. violation of rules, statutes, or other nonconstitution are not reconized. Ex parte Graves, 70 S.W. 3d 103 (Tex. Crim. App 2002.)

It was noted in the state breif that petitioner filed writ of Habear corpus on January 6, 2015. for the final felony conviction of the offese issued in 2008. which was seven year after the fact, without offering any reason, and that, petitioner

2

, writ has wolny failed to plead and/or prove, by a preponderance of the evidence, which would intitle me to relief pursuant to writ of Habear Corpus, and there for writ should be denied.

The state lacked to show why it never gave reason for refusal to show why pititioner civil Rights, as a constitutional ground was not answer, or two the refuse to properly acknowledge the anugument stated under the 4th Amendment violation

under the Texas Constitution Bill of Right (Section 12) it state that a Habear Corpus is a write of rights, and shall never be suspended, and that the legislation shall enact laws to render the remedy speedy and effectual.

when pititioner aurgued the 4th Amendment claim, what petitioner stated war that the state took it upon themself by unlawful reasoning or probable cause to obtain the body of the petitioner based on a fraud preseption of law, committing an act of kidnap, which is defined under 18.U.S.C.A §§ 1201, and ransom 1202. which by the Authourity of this land as the Bill of Rights sec 9, it is prohibited to take the property of another without cause. Section 18 of the Texas Constitution Bill of Rights, states that no person shall be placed in a imprisonment for a debt by unlawful means. By state doing such act, Due process was violated under Section 19 of the Bill of rights, and the 14th Amendment under the U.S. Constitution which provides that no person Shall be denied life, liberty or property or the pursuit of happeness without Due process of law.

Equal Rights under the Texas Constitution see 3a is also in question here Because the State knew by sound knowledge that, by taking the body of the petitioner, they war denining liberty as defined by the U.S. constitution, due to the conviction being based on created Construction, and created bonds. which also violate sec 30 of the Bill of Rights

3

State owes a duty to all accuse under the above authority to notification of all court proceedings, and making known to the accused, No jurisdiction Statements ever rendered to show Cause as to how the state hold jurisdiction over my Subject matter court must provide the petitioner with all related information about the conviction, Sentence, Imprisonment, and release of the accused.

State of Texas never provided information, or how the petitioner committed a crime against the state of Texas; and refused to adhere to the 6th Amendment for its failure to take the stand so that petitioner could redress all matter back to the State 1st Amendment, that is so provided in the Bill of Rights Sec 27.

Civil Rights was argue as the 2nd ground pertaining to the Civil liberties that are so Constitutional given under the U.S. Constitution, for the protection of the rights of the petitioner, so that Discrimination, and equal protection would not be denied, or that liberty would not be taken for one person for the benefit of another.

No statement or / document was provided to show how liberty was taken, or by what authority the state has to denie what is so rightfully given to the people. (Sec 1) of the Bill of Rights provides that Freedom and sovereignty of a state Shall not be denied; as it is so lawfully given by the Authority of the State Constitution under the Bill of Rights; And or Article 1 and (2) of the U.S. constitution. The state lacks Authority to take liberty, as it is protected by the constitution. By the state taking my body, it has placed me in a land of servetude, against my will, U.S. 13th Amendment, provides that no person shall be force into slavery, and by doing so, the state is at fault for kidnapp. which is a cruel act of punishment, for the inhuman treatement of a human being a violation under both Constitution Texas sect B; and Federal 8th Amendment

4

In conclusion, petitioner argue that the state lacked to show how it has properly convicted the petitioner, by lawful means of constitution, and not by the penal laws of the state rules, which should render the over turning of this case, and redress it back to the state for remedy, which is provided under the Texas Bill of Rights Section 13, which state in part that Remedy shall be given as Due process of law. I am lawfully requesting that this matter be over turned, and charges be dismissed as remedy, and liberty be restored. Probable cause has been rendered by petitioner to show that relief should be given EX parte Hogan, 556 S.W. 2d 352 as constitution is a right and can not be disputed

The petition at this moment request by lawful deed of constitution that this matter be granted for relief. And his body be released from imprisonment

I, Quincy Nelson, sovereign under section 1, of the bill of rights, on this 17 day of march 2015, due solomnly swear that a true in correct copy has be forward to the Clerk of the court of Crimina Appeals via postal mail

Dwelling Not A Domicile

Quincy Nelson

Sovereign in fact

All Rights Reserved

Ferguson Unit

12120 Savage Drive

Midway Texas 75852

U.S. Constitution Reserved

under the Texas Bill of Right

Sec 1, and Article 1 and II of

the u.s. constitution.

5